UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKIE ECKLUND,<br><br>                        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                        Defendant. | Case No. C11-818-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

       Vickie Ecklund brought an action seeking review of the denial of her application for Social Security disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including further development of the record, a de novo hearing, new decision, and specifically to take the following actions:

       The Administrative Law Judge shall (1) further consider all of plaintiff's mental impairments and determine whether they are severe; (2) further consider all of plaintiff's mental impairments, severe and non-severe, along with her physical impairments, and determine whether plaintiff has a combination of impairments that are severe; (3) in evaluating the severity of plaintiff's mental impairments, obtain the assistance of a medical expert in either psychology or psychiatry; (4) in light of the expanded record, re-evaluate plaintiff's residual functional

REPORT AND RECOMMENDATION - 1

capacity; and (5) with the assistance of a vocational expert determine whether Plaintiff can perform any of her past relevant work, and if necessary, whether there are other jobs existing in significant numbers in the national economy to which plaintiff could make an adjustment. Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary. Dkt. 22.

The parties agree that plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(a), (d), upon proper request to this Court.

For the foregoing reasons, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of September, 2011.

s/ Brian A. Tsuchida  
United States Magistrate Judge